NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Plaintiff-Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Defendant-Appellee*

---

2024-1658

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00755-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

United Therapeutics Corporation submits a motion to stay, pending appeal, the district court's March 28, 2024 order and amended final judgment and to expedite this appeal, proposing to file its opening brief no later than May 15, 2024.

Upon consideration thereof,

2  UNITED THERAPEUTICS CORPORATION v. LIQUIDIA TECHNOLOGIES, INC.

IT IS ORDERED THAT:

(1)  Liquidia Technologies, Inc. is directed to respond to the motion no later than April 26, 2024. Any reply is due no later than April 29, 2024.

(2)  United Therapeutics's opening brief is due no later than May 15, 2024.

FOR THE COURT

April 19, 2024
Date

Jarrett B. Perlow
Clerk of Court