No. 2024-1658

# United States Court of Appeals for the Federal Circuit

UNITED THERAPEUTICS CORPORATION,
*Appellant,*

– v. –

LIQUIDIA TECHNOLOGIES, INC.,
*Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, 1:20-cv-00755, JUDGE RICHARD ANDREWS

## NOTICE OF CORRECTION

**GOODWIN PROCTER LLP**
William C. Jackson
William M. Jay
Brian T. Burgess
1900 N St., NW
Washington, DC 20036
Tel: +1 202 346 4200
WJay@goodwinlaw.com
WJackson@goodwinlaw.com
BBurgess@goodwinlaw.com

Gerard J. Cedrone
100 Northern Avenue,
Boston, MA 02210
Tel: +1 617 570 1262
GCedrone@goodwinlaw.com

**MCDERMOTT WILL & EMERY LLP**
Douglas H. Carsten
Arthur P. Dykhuis
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Tel: +1 949 851 0633
dcarsten@mwe.com
adykhuis@mwe.com

Adam W. Burrowbridge
500 North Capitol Street, NW
Washington, DC 20001-1531
Tel:  +1 202 756 8797
aburrowbridge@mwe.com

**UNITED THERAPEUTICS CORP.**
Shaun R. Snader
1735 Connecticut Ave., NW
2nd Floor, Washington, DC 20009
Tel: +1 202 304 1701
ssnader@unither.com

*Counsel for Appellant United Therapeutics Corporation*

Appellant United Therapeutics Corporation's ("UTC") Opening Brief in the above-captioned case was filed on May 15, 2024 (D.I. 18). UTC is concurrently filing a corrected version of the brief and delineates each correction below:

- Updating citations to D.I. 17 to Appendix cites on pages 21 and 23 as ordered by the Court. *See* D.I. 22.

- Adding a period to "*N.*" in the *Valeant Pharms.* case citation on page 14.

- Removing the space between the last two parentheses in the cite "21 U.S.C. § 355(j)(5)(D)(i)(I)(bb)(AA)" on page 24.

- Removing duplicate "that" on page 29.

- Removing the italics in the second comma of the "*See, e.g.,*" signal on page 34.

- Updating "c" to "[C]" on page 34.

- Adding "*AB*" to short case citation on page 37.

- Updating "litigants'" to "litigant's" on page 38.

Pursuant to Federal Circuit Rule 25(i), Appellant files this Notice of Correction and believes that no substantive changes were made.

| | |
|---|---|
| June 18, 2024 | Respectfully submitted, |
| William C. Jackson<br>William M. Jay<br>Brian T. Burgess<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, DC 20036<br>(202) 346-4034 | */s/Douglas H. Carsten*<br>Douglas H. Carsten<br>Arthur P. Dykhuis<br>MCDERMOTT, WILL & EMERY LLP<br>18565 Jamboree Road, Suite 250,<br>Irvine, CA 92612<br>(949) 851-0633 |
| Gerard J. Cedrone<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1262 | Adam W. Burrowbridge<br>MCDERMOTT, WILL & EMERY LLP<br>500 N. Capitol St. NW,<br>Washington, DC 20001<br>(202) 756-8797 |
| | Shaun R. Snader<br>UNITED THERAPEUTICS CORP.<br>1735 Connecticut Ave., NW<br>Washington, DC 20009<br>(202) 483-7000 |
| | *Counsel for Appellant*<br>*United Therapeutics Corporation* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 18, 2024, the foregoing document was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: June 18, 2024     /s/ *Douglas H. Carsten*
                         Douglas H. Carsten